**Arthur MURRAY et al., Petitioners-Appellants,**

v.

**PLEASANTVILLE APARTMENTS, INC., Respondent-Appellee.**

**No. 31024**

**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

April 27, 1971.

Clarke Gable Ward, Houston, Tex., for petitioners-appellants.

Marc Flatow, Houston, Tex., for respondent-appellee.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]